

U.S. Department of Justice

United States Attorney
Southern District of New York

## MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 11, 2007

**BY FACSIMILE**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Cherdelle Benjamin</u>,
          07 Cr. 467 (RMB)

Dear Judge Berman:

    A pretrial conference was scheduled before Your Honor for Thursday, July 12, 2007, at 9 a.m. Today, defendant's counsel asked that this conference be adjourned, and it has now been rescheduled for Wednesday, July 18, 2007, at 3:00 p.m.

    The Government respectfully requests that the Court exclude time from today until July 18, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and to continue to have any appropriate discussions regarding a possible disposition of this case. Chris Flood, Esq., counsel for the defendant, consents to this request for the exclusion of time.

*[Handwritten endorsement:]* Conference adjourned to 7/18/07 @ 3:00. Time excluded under speedy trial act.

SO ORDERED
Date: 7/12/07
/s/ Richard M. Berman
Richard M. Berman, U.S.D.J.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Benjamin A. Naftalis
    Benjamin A. Naftalis
    Assistant United States Attorney
    (212) 637-2456

cc: David Patton, Esq. (by fax)
    Chris Flood, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07