# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

October 29, 2007

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Cherdelle Benjamin**
    07 Cr. 467 (RMB)

Dear Judge Berman:

I write on behalf of my client, Cherdale Benjamin (the case caption is misspelled), to request an adjournment of her sentencing currently scheduled for November 1, 2007 at 10:00 a.m. The Government consents to this request.

I am still collecting records relevant to Ms. Benjamin's sentencing and have not yet had an opportunity to draft a sentencing submission on her behalf. For this reason, I respectfully request an adjournment of approximately 30 days to gather all appropriate documents and to submit a letter.



Respectfully submitted,

David E. Patton
Attorney for Ms. Benjamin
(212) 417-8762

Sentence adjourned to 12-11-07 at 12:45 pm.
Defense submission due 11-27-07.
Gov't submission due 12-4-07.

SO ORDERED:
Date: 10/30/07
Richard M. Berman, U.S.D.J.

cc: Benjamin A. Naftalis, Esq.
    Assistant U.S. Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2007

TOTAL P.002
10/30/07 TUE 10:17 [TX/RX NO 7836]