# Federal Defenders
## OF NEW YORK, INC.



52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

———

Southern District
John J. Byrnes
Attorney-in-Charge

Leonard F. Joy
Executive Director

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted.
> Sentence is adjourned to
> ~~December 5, 2007~~ 1/10/08 at 11:00 am.
> Defense submission, if any, is due 12/27/07; Gov't response, if any, is due 1/3/08.
>
> SO ORDERED:
> Date: 12·6·07
> Richard M. Berman, U.S.D.J.

Re: United States v. Cherdelle Benjamin
    07 Cr. 467 (RMB)

Dear Judge Berman:

  I write on behalf of my client, Cherdale Benjamin (the case caption is misspelled), to request an adjournment of her sentencing currently scheduled for December 11, 2007 at 12:45 p.m. I have spoken with Assistant United States Attorney Benjamin Naftalis, and the Government consents to this request.

  Mr. Naftalis and I are beginning a trial on Monday, December 10, 2007 before the Honorable William H. Pauley. In addition, I continue to collect records relevant to determining the loss amount for purposes of calculating Ms. Benjamin's Guidelines range and have not yet had an opportunity to draft a sentencing submission on her behalf. For these reasons, I respectfully request an adjournment of approximately 30 days to gather all appropriate documents and to submit a letter on her behalf.

Respectfully submitted,

David E. Patton
Attorney for Ms. Benjamin
(212) 417-8762

cc: Benjamin A. Naftalis, Esq.
    Assistant U.S. Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07