# Federal Defenders

**MEMO ENDORSED**

OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

January 8, 2008



RECEIVED

JAN 8 2008

CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1|9|08

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    **United States v. Cherdelle Benjamin**
>        **07 Cr. 467 (RMB)**

Dear Judge Berman:

I write on behalf of my client, Cherdale Benjamin (the case caption is misspelled), to request an adjournment of her sentencing currently scheduled for January 10, 2008 at 11:00 a.m. I have spoken with Assistant United States Attorney Benjamin Naftalis, and the Government consents to this request.

I continue to collect records relevant to determining the loss amount for purposes of calculating Ms. Benjamin's Guidelines range and have not yet had an opportunity to draft a sentencing submission on her behalf. The Government has recently produced documents that should make this calculation easier, and Mr. Naftalis has indicated that he may be able to produce additional documents that would further clarify the loss calculation. For these reasons, I respectfully request an adjournment of approximately 30 days to gather all appropriate documents and to submit a letter on Ms. Benjamin's behalf.

*Sentence is adjourned to 2-7-08 at 2:00 pm.*

Respectfully submitted,

David E. Patton
Attorney for Ms. Benjamin
(212) 417-8762

**SO ORDERED:**

*Richard M. Berman*

**Richard M. Berman, U.S.D.J.**

cc:    Benjamin N. Naftalis
       Assistant U.S. Attorney