USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                     **ORDER**

         -against-                                  07 **CR.** 467 (RMB)

CHERDALE BENJAMIN
A/K/A CHERDELLE BENJAMIN,

                         Defendant.
------------------------------------------------------------X

       WHEREAS, with the Defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on July 18, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of the transcript, as well as the supplemental proceedings held before this Court on February 7, 2008, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

       IT IS HEREBY ORDERED that CHERDALE BENJAMIN's guilty plea is accepted.


Dated: New York, New York
         February 7, 2008

                                                    */s/ RMB*
                                        RICHARD M. BERMAN, U.S.D.J.