# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

February 13, 2008

**RECEIVED**
FEB 13 2008
CHAMBERS OF
RICHARD M. BERMAN
USDJ

BY FAX

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **United States v. Cherdelle Benjamin**
       **07 Cr. 467 (RMB)**

Dear Judge Berman:

I write to request a one week adjournment of tomorrow's scheduled sentencing of my client, Cherdale Benjamin. At the last conference, the Court requested further briefing on the Government's application to impose orders of forfeiture and restitution for the same money relating to the same offense conduct.

In my initial research on this matter, it appears that Ms. Benjamin may have constitutional as well as statutory objections to the Government's proposed orders. The constitutional objections include grounds based on the Double Jeopardy, Due Process and Eight Amendment excessive fines clauses. I would like additional time to further research these issues and to prepare a submission for the Court's consideration.

I left a message with Assistant United States Attorney Benjamin Naftalis regarding this requested adjournment but have not yet received a response.

*Adjourned to 2/26/08 at 9:30 am.*
*Defense submission is due 2/19/08.*

Respectfully submitted,

David E. Patton
(212) 417-8762

cc:    Benjamin Naftalis
       Assistant U.S. Attorney

**SO ORDERED:**
Date: *2-13-08*

*Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08